*T. N. & D. W. Lindsey, for appellants.*

*J. J. Landrum, for appellee.*

---

## COMMONWEALTH *v.* BERNHARD VON BOGEON.

**Criminal Law—Indictment.**

An indictment is sufficient which charges that a certain house in which unlawful gaming was permitted was in a named town, even though there was no allegation that the house was located in Boone county, as the court will take judicial notice that the town named is a county seat and is located in Boone county.

### APPEAL FROM BOONE CIRCUIT COURT.

September 16, 1876.

OPINION BY JUDGE ELLIOTT:

After a careful examination of the indictment in this case, this court is of opinion that the judgment of the Boone Criminal Court adjudging it defective was erroneous. The indictment appeared to have been drawn with more than ordinary care, and to have made every allegation necessary to make out the crime of perjury.

It is true the indictment does not charge that the house of Charles White, at which the appellee was asked if cards were played for money or property, was located in the county of Boone, but said in-

dictment does charge that said house is in the town of Burlington, and this court is bound to take judicial notice that Burlington is in Boone county, as it is its county seat.

Wherefore the judgment in this case is *reversed* and cause remanded for further proceedings consistent with this opinion.

*Moss, for appellant.   J. G. Carlisle, for appellee.*